IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY GATSON,

    Plaintiff,

    v.

CATHY A. JESS, RANDALL R. HEPP,
and CANDACE WHITMAN,

    Defendants.

Case No. 21-cv-334-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants.

| /s/ | 6/8/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |